PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 AUG 35 AM 9:51

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Dustin D. Williams

Crim. No. 4:18CR00043-1

On February 13, 2018, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Dustin D. Williams be discharged from probation.

Respectfully submitted,

Thomas Hutchinson
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 4TH day of September, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA